B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Guel, Thomas D** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6760** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1940 Elmwood Avenue**<br>**Berwyn, IL**<br>ZIP Code **60402** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Guel, Thomas D** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** /s/ Mark S. Wheeler                January 17, 2015 |
| | Signature of Attorney for Debtor(s)       (Date) |
| | **Mark S. Wheeler 6208514** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Guel, Thomas D**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Thomas D Guel**
Signature of Debtor **Thomas D Guel**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**January 17, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X /s/ Mark S. Wheeler**
Signature of Attorney for Debtor(s)

**Mark S. Wheeler 6208514**
Printed Name of Attorney for Debtor(s)

**The Law Office of Mark S. Wheeler**
Firm Name

**828 West Grace Street, Unit 2**
**Chicago, IL 60613-5758**

_____
Address

**Email: 773trustme@gmail.com**
**773-327-9790  Fax: 773-327-9791**
Telephone Number

**January 17, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Thomas D Guel**                                                                          Case No.
                                        Debtor(s)                                                 Chapter     **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Thomas D Guel**
                       **Thomas D Guel**

Date:   **January 17, 2015**

Case 15-01605    Doc 1    Filed 01/17/15    Entered 01/17/15 23:34:37    Desc Main
            Document      Page 6 of 8

A/r Concepts
18-3 E Dundee Road
Barrington, IL 60010

Barry Greenberg
165 S. Rhue Island Ave., Ste. 5400
Chicago, IL 60608

Arnstein, Lehr, Siegel by Roberts, MCGiv
120 West Monroe Street
Chicago, IL 60603

Albert John
15 W 417 Concord Street
Elmhurst, IL 60126

Berger, Newark & Fenchel
1753 North Tripp Avenue
Chicago, IL 60639

Convergent Outsourcing
800 SW 39th Street
Renton, WA 98057

Alliance One
6565 Kimball Drive #200
Gig Harbor, WA 98335

Berwyn
6401 West 31st Street
Berwyn, IL 60402

Cook Recorder of Deeds
118 North Clark Street, R2
Chicago, IL 60602

Andy Katsoulis
1658 N Milwaukee Ave 298
Chicago, IL 60647

Big City Tickets
Federal Correctional Institution
PO Box 1000
Monroe, MI 48161

CoStar
1331 L Street
Washington, DC 20005

Andy Lee
8820 Skokie Blvd
Skokie, IL 60077

Capital One, N.a.
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130

CRB
135 Vallecitos de Oro Sui
San Marcos, CA 92069

Anesthesiologists, Ltd.
PO Box 3871
Carol Stream, IL 60132

Chuck Ciancanelli
1200 N Foxdale Drive, Unit 308
Addison, IL 60101

Credit Management LP
4200 International Parkw
Carrollton, TX 75007

Aptotude
2170 Buckthorne Place, Suite 220
The Woodlands, TX 77380

City of Chicago
30 North Wabash Avenue
Chicago, IL 60611

Debt Recovery Solutions
900 Merchants Concourse SL
Westbury, NY 11590

Arnold Scott Harris
600 West Jackson
Chicago, IL 60661

City of Chicago
Water Department
Box 6330
Chicago, IL 60680-6330

Delilah Matos
1545 Chicago Avenue
Downers Grove, IL 60515-

Banco Popolar
7 West 51st Street
New York, NY 10019

CMRE Financial Services Inc.
3075 E Imperial Hwy Ste 200
Brea, CA 92821

Devon Financial Services
6414 N Western Ave
Chicago, IL 60645

Barr Management
Cermak - Ridgeland C.E., Inc.
6408 N Western Ave
Chicago, IL 60645

ComEd
P.O. Box 6111
Carol Stream, IL 60197

Dollins Dollins Sorinski
425 Huehl Rd
Northbrook, IL 60062

```
Dupage Public Works         Hinsdale Orthopaedic         Hine Financial Group
Attn: Billing Department    PO Box 914                   7700 Equitable Drive
7900 S. Route 53            La Grange, IL 60525          Eden Prairie, MN 55344
Woodridge, IL 60517


Eagle Management            Howard Ng                    Lexis Nexis
5750 Abbey Drive            Address Unknown              70 W. Madison
Lisle, IL 60532             Cannot Be Found              Chicago, IL 60602


Elliot Weiner               Installment Contract Unit    Linebarger Goggan Blair &
55 East Jackson             Illinois Department of Revenue  Attorneys at Law
Chicago, IL 60604           PO Box 19035                 PO Box 06140
                            Springfield, IL 62794-9035   Chicago, IL 60606-0140


Enhanced Recovery / Sprint  Internal Revenue Service     M&M Plumbing
8014 Bayberry Rd            PO Box 21126                 3010 West Division
Jacksonville, FL 32256      Philadelphia, PA 19114       Melrose Park, IL 60160


Enterprise Rental           Israel Diaz                  Marcia Engleman, DDS
600 Corporate Park Drive    Address Unknown              129 N Washington
Saint Louis, MO 63105       Cannot Be Found              Naperville, IL 60540


Erasmo Diaz                 Jaffe & Berlin               Mark G. Basile
c/o Mark G. Basile          111 W Washington St #900     100 North LaSalle Street
100 North LaSalle St. Suite 2400  Chicago, IL 60602      Chicago, IL 60602
Chicago, IL 60602


Fifth Third Bank            Jay Feldman                  MBB
Customer Service MD 1MOC2G-4052  2934 W GRAND AVE        1460 Renaissance Drive
38 Fountain Square Plaza    Chicago, IL 60622            Park Ridge, IL 60068
Cincinnati, OH 45263-0001


Gerald Nudo                 Kathy McGivney               Med Business Bureau
55 East Jackson             54 West Monroe, Suite 1700   Po Box 1219
Chicago, IL 60604           Chicago, IL 60603            Park Ridge, IL 60068


Get Clean                   Land Vision                  Medical Business Bureau
Federal Correctional Institution  601 West Randolph Street, Suite 1400  Renaissance Drive, S
PO Box 1000                 Chicago, IL 60661            Park Ridge, IL 60068
Monroe, MI 48161


Guy Stein                   Larry Weiner                 Medical Payment Data
Federal Correctional Institution  55 East Jackson
PO Box 1000                 Chicago, IL 60604
Monroe, MI 48161
```

Merchants CR / Medical
2245 152nd Avenue NE
Redmond, WA 98052

PO Box 842456
Dallas, TX 75284

Debt Recovery Solutions
8410 W Bryn Mawr Ave
Chicago, IL 60631

Michael Hirschtick
5026 E Michelle Drive
Scottsdale, AZ 85254

Rush University Medical Group
1653 W. Congress Parkway
Chicago, IL 60612

Vasile Lohan
6859 N. Lexington Lane
Niles, IL 60714

Michael Roberts
54 West Monroe, Suite 1700
Chicago, IL 60603

Santander Consumer Usa
Po Box 961245
Ft Worth, TX 76161

West Suburban Currency E
1400 E. Touhy Ave., Suite 1
Des Plaines, IL 60018

Midland Funding
8875 Aero Drive, Suite 200
San Diego, CA 92123

State of Illinois

William Lohrman
1655 South Blue Island Av
Suite 3000
Chicago, IL 60608

Nicor Gas
1844 Ferry Road
Naperville, IL 60563

Steven Chudik
PO Box 914
IL 60524

Ntl Acct Srv
1246 University Avenue
Saint Paul, MN 55104

TCF Bank
200 Lake Street East
Wayzata, MN 55391

NW Loans
55 East Jackson Street
Chicago, IL 60604

Thomas Murphy
70 W Maidison Street
Chicago, IL 60602

OAC
Po Box 371100
Milwaukee, WI 53237

Town Management
3330 Dundee, Suite 1
Northbrook, IL 60062

Personal Finance Co
450 W 14th St
Chicago Heights, IL 60411

Town Management Corporation
3330 Dundee, Suite 1
Northbrook, IL 60062

Ramsey Famacion
425 Sunset Drive
Wilmette, IL 60091

Underground Technologies
Federal Correctional Institution
 PO Box 1000
Monroe, MI 48161